# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCIS JOHNSON,
Appellant,
vs.
DARIN COOL, A/K/A DALE COOL; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; DWIGHT NEVEN;
AND BRYAN SHIELDS,
Respondents.

No. 71080

**FILED**

OCT 20 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order affirming a justice court decision in a small claims action. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Linda Marie Bell, District Judge
Francis James Johnson
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk